**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SIDNEY SANDOZ, Individually And On Behalf of All Others Similarly Situated,<br><br>             Plaintiffs,<br>      vs.<br><br>WATERDROP INC., PENG SHEN, KANGPING SHI, NINA ZHOU, KAI HUANG, HAIYANG YU, YAO HU, GUANG YANG, COLLEEN A. DE VRIES, COGENCY GLOBAL INC., GOLDMAN SACKS (ASIA) L.L.C., MORGAN STANLEY & CO. LLC, BOFA SECURITIES, INC., CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, CLSA LIMITED and HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED<br><br>             Defendants. | Case No. 1:21-cv-07683-VSB |

**[PROPOSED] ORDER GRANTING MOTION OF QI MI**
**FOR APPOINTMENT AS LEAD PLAINTIFF AND**
**APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

Having considered the motion of Mr. Qi Mi for Appointment as Lead Plaintiff and Approval of his Selection of Lead Counsel (the "Motion"), and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**;

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78z-1(a)(3)(B), appoints Mr. Qi Mi as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. § 77zu-1(a)(3)(B)(v), the Court approves Kahn Swick & Foti, LLC as Lead Counsel for the Class.

**SO ORDERED.**

DATED: _____December 8_____, 2021

*[Signature: Vernon Broderick]*

HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE