**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SIDNEY SANDOZ, individually and on behalf
of all others similarly situated,

                Plaintiff,

     -against-                             21 **CIVIL** 7683 (DLC)

                                       **<u>JUDGMENT</u>**

WATERDROP INC. et al.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated February 3, 2023, the defendants' April 22 motion to dismiss is granted. The claims against the remaining defendants will also be dismissed. There is no basis to find that the claims against the remaining defendants, who have yet to be served, are distinguishable and would survive; accordingly, the case is closed.

**Dated:**  New York, New York

      February 3, 2023

                                                        **RUBY J. KRAJICK**

                                                     _____
                                                        **Clerk of Court**

                                  **BY:**   *K. Mango*

                                                        _____
                                                        **Deputy Clerk**