UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                          :
SIDNEY SANDOZ, individually and on        :
behalf of all others similarly            :
situated,                                 :
                                          :          21cv7683 (DLC)
                      Plaintiff,          :
                                          :             ORDER
             -v-                          :
                                          :
WATERDROP INC. et al.,                    :
                                          :
                      Defendants.         :
                                          :
------------------------------------------ X

DENISE COTE, District Judge:

In an Opinion and Order of February 3, 2023, the Court

granted defendants' motion to dismiss this case and directed the

Clerk of Court to enter judgment for the defendants.  Under the

Private Securities Litigation Reform Act of 1995 (the "PSLRA"),

courts are required to make findings as to the compliance by all

parties and attorneys with Rule 11(b), Fed. R. Civ. P., at the

conclusion of all private actions arising under the Securities

Act of 1933.  15 U.S.C. § 77z-1(c); ATSI Commc'ns, Inc. v. Shaar

Fund, Ltd., 579 F.3d 143, 152 (2d Cir. 2009).  Accordingly, it

is hereby

ORDERED that the plaintiff's submission regarding its

compliance with Rule 11(b) is due **March 14, 2023.**  Any response

by the defendants is due **March 28, 2023.**

Dated:    New York, New York
          February 21, 2023

                                    _____
                                       DENISE COTE
                              United States District Judge

2