```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
SIDNEY SANDOZ, individually and on        :
behalf of all others similarly            :
situated,                                 :
                                          :      21cv7683 (DLC)
                           Plaintiff,     :
                                          :           ORDER
                -v-                       :
                                          :
WATERDROP INC. et al.,                    :
                                          :
                           Defendants.    :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

This action was filed on September 14, 2021. On December 8, Qi Mi was appointed Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PLSRA"), 15 U.S.C. § 77z-1(a)(3)(B). Lead Plaintiff filed the FAC on February 21, 2022. On April 22, the defendants moved to dismiss. In an Opinion of February 3, 2023, the Court granted the defendants' motion to dismiss and directed the Clerk of Court to enter judgment for the defendants. As explained in the Opinion, the defendants' disclosures in their initial public offering documents amply addressed the issues raised in the FAC.

Under the PSLRA, courts are required to make findings as to the compliance by all parties and attorneys with Rule 11(b), Fed. R. Civ. P., at the conclusion of all private actions arising under the Securities Act of 1933. 15 U.S.C. § 77z-1(c);

ATSI Commc'ns, Inc. v. Shaar Fund, Ltd., 579 F.3d 143, 152 (2d Cir. 2009).  An Order of February 21 required the plaintiff to file a submission regarding compliance with Rule 11(b).  On March 14, the plaintiff submitted proposed findings of fact and conclusions of law regarding compliance with Rule 11(b).  On March 27, the defendants responded, taking no position on whether Rule 11 sanctions should be imposed on the plaintiff or his counsel.

Having reviewed the parties' submissions, the Court finds that the defendants and their counsel at all times acted reasonably and in compliance with the requirements of Federal Rule of Civil Procedure 11(b).  The Court is unable to find that either the plaintiff or his counsel violated their obligations under Rule 11(b).  See ATSI Commc'ns, Inc., 579 F.3d at 152.

Dated:    New York, New York
          March 31, 2023

                                   _____
                                          DENISE COTE
                                   United States District Judge